■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO LABOY, Appellant.—Judgment, Supreme Court, Bronx County (Irene Duffy, J.), rendered on April 28, 1989, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND LOPEZ, Appellant.—Judgment, Supreme Court, Bronx County (David Levy, J.), rendered on August 18, 1988, unanimously affirmed.